*Jr., J. Parker Connor, S. White Rhyne, Jr., Walter L. Green* and *Charles A. Dukes, Jr.* for petitioner. *Robert Y. Button,* Attorney General of Virginia, and *R. D. McIlwaine III,* Assistant Attorney General, for respondent.

No. 17. IDEAL FARMS, INC., ET AL. *v.* FREEMAN, SECRETARY OF AGRICULTURE. C. A. 3d Cir. Certiorari denied. *Willis F. Daniels, Harold W. Swope* and *Donn L. Snyder* for petitioners. *Solicitor General Cox, Assistant Attorney General Orrick, Alan S. Rosenthal* and *Mark R. Joelson* for respondent.

No. 765. PFEIFFER ELECTRIC Co. *v.* TEXAS. Court of Civil Appeals of Texas, Sixth Supreme Judicial District. Certiorari denied. *Henry L. Scott* for petitioner. *Waggoner Carr,* Attorney General of Texas, and *Joseph Jaworski,* Special Assistant Attorney General, for respondent.

No. 836. CHEMICAL CORP. OF AMERICA *v.* ANHEUSER-BUSCH, INC. C. A. 5th Cir. Certiorari denied. *Houston White* and *Beryl H. Weiner* for petitioner. *Owen J. Ooms, Roy A. Lieder* and *J. Lewis Hall* for respondent.

No. 838. CHARTER WIRE, INC., *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Rickard H. Lauritzen* for petitioner. *Solicitor General Cox* and *Assistant Attorney General Oberdorfer* for the United States.

No. 839. FOX ET AL. *v.* NORTHERN ILLINOIS DEVELOPMENT CORP. C. A. 7th Cir. Certiorari denied. *Harold A. Smith* for petitioners. *Wayland B. Cedarquist* for respondent.